# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA :

v. :

DENIS SOTNIKOV :

MAGISTRATE JUDGE: **LEDA D. WETTRE**

MAGISTRATE NO.: **2:20-mj-1017 (MF)**

DATE OF PROCEEDINGS: **6/2/2020**

DATE OF ARREST: **6/2/2020**

PROCEEDINGS: **INITIAL APPEARANCE**

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:       AFPD       CJA
(X) WAIVER OF HRG.:   X  PRELIM       REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:       GUILTY       NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) CONSENT TO VIDEO CONFERENCE

( ) TEMPORARY COMMITMENT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET:
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.      DATE:
( ) DETENTION / BAIL HRG.           DATE:
( ) TRIAL:     COURT     JURY       DATE:
( ) SENTENCING                      DATE:
( ) OTHER:                          DATE:

APPEARANCES:

AUSA         **Anthony Torntore, AUSA**

DEFT. COUNSEL     **Feleke Kassegn & Amir Hagoo, Retained**

PROBATION

INTERPRETER   Valentina Bren-Buzil
         Language: (Russian)

Time Commenced:  2:35 pm to 2:45 pm
Time Terminated: 2:50 pm to 3:00 pm
CD No:           ECR

*Kimberly Darling*

DEPUTY CLERK