UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
_____

CASE NO.:   2:20-mj-01017-MF

UNITED STATES OF AMERICA,                    CASE NO.:   2:20-mj-01017-MF
                                             Hon. Cathy L. Waldor

v.

DENIS SOTNIKOV,

_____/

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsels move this Honorable Court to relieve counsels from further representation of the Plaintiff in the above-styled cause, and as grounds therefore states the following:

1. Undersigned counsels entered appearances with this Court on June 2, 2020, at first appearance.

2. Undersigned counsel, Feleke Kassegn, had previously filed a temporary notice of appearance for Mr. Sotnikov in the Southern District of Florida.

3. Subsequent to first appearance, irreconcilable differences developed between undersigned counsels and Mr. Sotnikov.

4. Mr. Sotnikov unequivocally expressed his desire to seek alternate counsel.

5. Undersigned counsels haven't received information about whether Mr. Sotnikov plans to retain counsel or request this Court to appoint one.

6.     Due to communication hurdles created by Covid-19 and irreconcilable differences, undersigned counsels have not been able to accommodate a substitution of counsel, warranting a judicial determination of counsel crucial in the interest of justice and fairness.

**WHEREFORE**, the undersigned counsels request that this Honorable Court enter and order relieving undersigned attorneys from further representation of the Defendant in the above-styled matter and conduct a hearing for determination of counsel.

DATED this 10th day of July 2020.

s/ *Feleke Kassegn*
_____
Michael H. Glasser
Florida Bar Number: 91494
MK Law P.A.
633 SE 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33301
(954) 865-6032

s/ *Amir Hagoo*
_____
Amir Hagoo
Florida Bar Number: 46139
The EH Law Firm, L.L.P
912 S Andrews Ave
Ft Lauderdale, FL
33316-1036 (954) 626-0844

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has delivered electronically to AUSA Anthony Torntore.