**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**MAGISTRATE'S COURTROOM MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: LEDA D. WETTRE |
| v. | MAGISTRATE NO.: 2:20-mj-1017 |
| DENIS SOTNIKOV | DATE OF PROCEEDINGS: 7/16/2020 |
| | DATE OF ARREST: Click here to enter text. |

PROCEEDINGS: Motion for Attorney to Withdraw

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD ___CJA
( ) WAIVER OF HRG.: ___PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET:
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
( ) DETENTION / BAIL HRG.    DATE:
( ) TRIAL: ___COURT ___JURY    DATE:
( ) SENTENCING    DATE:
( ) OTHER:    DATE:

APPEARANCES:

AUSA    Anthony Torntore, AUSA

DEFT. COUNSEL    Amir Hagoo & Feleke Kassegn, Retained

PROBATION

INTERPRETER  Yana Agoureev
    Language:  (Russian)

Time Commenced: 1:10 pm
Time Terminated: 1:25 pm
CD No:    ECR

*Kimberly Darling*
DEPUTY CLERK